| | | |
|---|---|---|
| JEFFRIE HARDEN<br>12000 Hardens Ridge Road<br>Cumberland, MD 21502 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | ALLEGANY COUNTY |
| CSX TRANSPORTATION, INC.<br>16 E Offut Street<br>Cumberland, MD 21502<br>Serve On:<br>The Corporation Trust, Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, MD 21093 | *<br>*<br>*<br>* | CASE NO.: C-01-CV-25-000082 |
| and | * | |
| WABTEC RAILWAY ELECTRONICS, INC.<br>30 Isabella Street<br>Pittsburgh, PA 15212<br>Serve On:<br>CSC-Lawyers Incorporating Service<br>Company<br>7 St. Paul Street<br>Suite 820<br>Baltimore, MD 21202 | *<br>*<br>*<br>* | |
| and | * | |
| WABTEC RAILWAY ELECTRONICS<br>MANUFACTURING, INC.<br>21200 Dorsey Mill Road<br>Germantown, MD 20876<br>Serve On:<br>CSC-Lawyers Incorporating Service<br>Company<br>7 St. Paul Street<br>Suite 820<br>Baltimore, MD 21202 | *<br>*<br>*<br>* | |
| and | * | |

| | |
|---|---|
| WABTEC TRANSPORTATION SYSTEMS, LLC | * |
| 500 West Monroe St. | |
| 24th Fl | * |
| Chicago IL 60661 | * |
| Serve On: | |
| CSC-Lawyers Incorporating Service Company | * |
| 7 St. Paul Street | * |
| Suite 820 | |
| Baltimore, MD 21202 | * |
| | |
| and | * |
| | |
| WABTEC US RAIL, INC. | * |
| 30 Isabella St | |
| Pittsburgh, PA 15212 | * |
| Serve On: | |
| CSC-Lawyers Incorporating Service Company | * |
| 7 St. Paul Street | * |
| Suite 820 | |
| Baltimore, MD 21202 | * |
| | |
| and | * |
| | |
| WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION | * |
| 1001 Air Brake Avenue | * |
| Wilmerding, PA 15148 | |
| Serve On: | * |
| CSC-Lawyers Incorporating Service Company | * |
| 7 St. Paul Street | |
| Suite 820 | * |
| Baltimore, MD 21202 | |
| | * |
| **Defendants** | |
| | * |

## COMPLAINT

Plaintiff, Jeffrie Harden by and through his attorneys, Paul N. Rouhana, Esq., and Seigel & Rouhana, LLC, files this action against the Defendants, CSX Transportation, Inc., WABTEC Railway Electronics, Inc., WABTEC Railway Electronics Manufacturing, Inc., WABTEC

Transportation Systems, LLC, WABTEC US Rail, Inc. and Westinghouse Air Brake Technologies Corporation, and says:

## FACTS COMMON TO ALL COUNTS

1. Plaintiff, Jeffrie Harden, is a resident of Cumberland, Maryland and resides at 12000 Hardens Ridge Road, Cumberland, Maryland 21502.

2. Defendants, CSX Transportation, Inc., WABTEC Railway Electronics, Inc., WABTEC Railway Electronics Manufacturing, Inc., WABTEC Transportation Systems, LLC, WABTEC US Rail, Inc. and Westinghouse Air Brake Technologies Corporation, at all times referred to herein, owned, operated, managed and controlled the business premises in Cumberland, Maryland located at 16 E Offut Street, Cumberland, Maryland 21502.

3. On or about April 06, 2022, the Plaintiff, Jeffrie Harden, was performing his employment duties and was lawfully on said premises, as a business invitee.

4. On or about April 06, 2022, at 16 E Offut Street, Cumberland, Maryland 21502, the Plaintiff was offloading a tractor trailer on the loading dock when due to an unsafe, dangerous, and hazardous condition, the forks on the forklift came in contact with a metal lip on the ramp as he drove up the ramp causing the forklift to stop abruptly and the Plaintiff's neck to be thrust back and forth causing him to strike his head on the windshield.

5. As a direct and proximate result of the negligence of the Defendants, as aforesaid, the Plaintiff was caused to suffer and sustain serious, painful, and permanent injury about the head and neck.

6. The Plaintiff was rendered sick, sore, and disabled.

7. The Plaintiff has incurred and will incur hospital, medical, and other expenses.

8. The Plaintiff has and will suffer physical and emotional pain and suffering.

9. The Plaintiff has lost and will lose time from their gainful employment and usual avocations.

10. The Plaintiff was otherwise injured and damaged.

11. No conduct on the part of the Plaintiff contributed to the accident or to the injuries sustained by them.

## COUNT I
### (Claim against CSX Transportation, Inc.)

12. Plaintiff, Jeffrie Harden, re-alleges all allegations contained hereinabove.

13. Defendant, CSX Transportation, Inc., at all times referred to herein, owned, operated, managed and controlled the premises at 16 E Offut Street, Cumberland, Maryland 21502.

14. Defendant, CSX Transportation, Inc., at all times referred to herein, maintained, cleaned, and repaired the premises for the users thereof.

15. Defendant CSX Transportation, Inc. knew, or in the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe, and hazardous condition that was likely to, and did cause the Plaintiff's forklift to come in contact with a metal lip on the ramp that caused the forklift to abruptly stop and cause his neck to be thrust back and forth causing him to strike his head on the windshield.

16. Defendant, CSX Transportation, Inc., failed to warn the general public, business invitees and the Plaintiff in particular, of the unsafe, dangerous, and hazardous condition existing on its premises.

17. Defendant, CSX Transportation, Inc., was otherwise negligent in causing this occurrence.

**WHEREFORE**, the Plaintiff, Jeffrie Harden, demands judgment against the Defendant, CSX Transportation, Inc., jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

## COUNT II
### (Claim against WABTEC Railway Electronics, Inc.)

18. Plaintiff, Jeffrie Harden, re-alleges all allegations contained hereinabove.

19. Defendant, WABTEC Railway Electronics, Inc., at all times referred to herein, owned, operated, managed, and controlled the premises at 16 E Offut Street, Cumberland, Maryland 21502.

20. Defendant, WABTEC Railway Electronics, Inc., at all times referred to herein, maintained, cleaned, and repaired the premises for the users thereof.

21. The Defendant, WABTEC Railway Electronics, Inc., knew, or in the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe, and hazardous condition that was likely to, and did cause the Plaintiff's forklift to come in contact with a metal lip on the ramp that caused the forklift to abruptly stop and cause his neck to be thrust back and forth causing him to strike his head on the windshield.

22. Defendant, WABTEC Railway Electronics, Inc., failed to warn the general public, business invitees and the Plaintiff in particular, of the unsafe, dangerous, and hazardous condition existing on its premises.

23. Defendant, WABTEC Railway Electronics, Inc., was otherwise negligent in causing this occurrence.

**WHEREFORE**, the Plaintiff, Jeffrie Harden, demands judgment against the Defendant, WABTEC Railway Electronics, Inc., jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

## COUNT III
### (Claim against WABTEC Railway Electronics Manufacturing, Inc.)

24. Plaintiff, Jeffrie Harden, re-alleges all allegations contained hereinabove.

25. Defendant, WABTEC Railway Electronics Manufacturing, Inc., at all times referred to herein, owned, operated, managed and controlled the premises at 16 E Offut Street, Cumberland, Maryland 21502.

26. Defendant, WABTEC Railway Electronics Manufacturing, Inc., at all times referred to herein, maintained, cleaned, and repaired the premises for the users thereof.

27. Defendant, WABTEC Railway Electronics Manufacturing, Inc., knew, or in the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe, and hazardous condition that was likely to, and did cause the Plaintiff's forklift to come in contact with a metal lip on the ramp that caused the forklift to abruptly stop and cause his neck to be thrust back and forth causing him to strike his head on the windshield.

28. Defendant, WABTEC Railway Electronics Manufacturing, Inc., failed to warn the general public, business invitees and the Plaintiff in particular, of the unsafe, dangerous, and hazardous condition existing on its premises.

29. Defendant, WABTEC Railway Electronics Manufacturing, Inc., was otherwise negligent in causing this occurrence.

**WHEREFORE**, the Plaintiff, Jeffrie Harden, demands judgment against the Defendant, WABTEC Railway Electronics Manufacturing, Inc., jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

## COUNT IV
### (Claim against WABTEC Transportation Systems, LLC)

30. Plaintiff, Jeffrie Harden, re-alleges all allegations contained hereinabove.

31. Defendant, WABTEC Transportation Systems, LLC, at all times referred to herein, owned, operated, managed and controlled the premises at 16 E Offut Street, Cumberland, Maryland 21502.

32. Defendant, WABTEC Transportation Systems, LLC, at all times referred to herein, maintained, cleaned, and repaired the premises for the users thereof.

33. Defendant, WABTEC Transportation Systems, LLC, knew, or in the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe, and

hazardous condition that was likely to, and did cause the Plaintiff's forklift to come in contact with a metal lip on the ramp that caused the forklift to abruptly stop and cause his neck to be thrust back and forth causing him to strike his head on the windshield.

34. Defendant, WABTEC Transportation Systems, LLC, failed to warn the general public, business invitees and the Plaintiff in particular, of the unsafe, dangerous, and hazardous condition existing on its premises.

35. Defendant, WABTEC Transportation Systems, LLC, was otherwise negligent in causing this occurrence.

**WHEREFORE**, the Plaintiff, Jeffrie Harden, demands judgment against the Defendant, WABTEC Transportation Systems, LLC, jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

## COUNT V
### (Claim against WABTEC US Rail, Inc.)

36. Plaintiff, Jeffrie Harden, re-alleges all allegations contained hereinabove.

37. Defendant, WABTEC US Rail, Inc., at all times referred to herein, owned, operated, managed and controlled the premises at 16 E Offut Street, Cumberland, Maryland 21502.

38. Defendant, WABTEC US Rail, Inc., at all times referred to herein, maintained, cleaned, and repaired the premises for the users thereof.

39. Defendant, WABTEC US Rail, Inc., knew, or in the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe, and hazardous condition that was likely to, and did cause the Plaintiff's forklift to come in contact with a metal lip on the ramp that caused the forklift to abruptly stop and cause his neck to be thrust back and forth causing him to strike his head on the windshield.

40. Defendant, WABTEC US Rail, Inc., failed to warn the general public, business invitees and the Plaintiff in particular, of the unsafe, dangerous, and hazardous condition existing on its premises.

41. Defendant, WABTEC US Rail, Inc., was otherwise negligent in causing this occurrence.

**WHEREFORE**, the Plaintiff, Jeffrie Harden, demands judgment against the Defendant, WABTEC US Rail, Inc., jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

## COUNT VI
### (Claim against Westinghouse Air Brake Technologies Corporation)

42. Plaintiff, Jeffrie Harden, re-alleges all allegations contained hereinabove.

43. Defendant, Westinghouse Air Brake Technologies Corporation, at all times referred to herein, owned, operated, managed and controlled the premises at 16 E Offut Street, Cumberland, Maryland 21502.

44. Defendant, Westinghouse Air Brake Technologies Corporation, at all times referred to herein, maintained, cleaned, and repaired the premises for the users thereof.

45. Defendant, Westinghouse Air Brake Technologies Corporation, knew, or in the exercise of reasonable care, should have known that there existed, on its premises, a dangerous, unsafe, and hazardous condition that was likely to, and did cause the Plaintiff's forklift to come in contact with a metal lip on the ramp that caused the forklift to abruptly stop and cause his neck to be thrust back and forth causing him to strike his head on the windshield.

46. Defendant, Westinghouse Air Brake Technologies Corporation, failed to warn the general public, business invitees and the Plaintiff in particular, of the unsafe, dangerous, and hazardous condition existing on its premises.

47. Defendant, Westinghouse Air Brake Technologies Corporation, was otherwise negligent in causing this occurrence.

**WHEREFORE**, the Plaintiff, Jeffrie Harden, demands judgment against the Defendant, Westinghouse Air Brake Technologies Corporation, jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

Respectfully submitted,

/s/ Paul N. Rouhana
Paul N. Rouhana, Esq. (AIS 0212190106)
SEIGEL & ROUHANA, LLC
501 Fairmount Avenue, Suite 100
Towson, Maryland 21286
Phone: 443-470-1006
Facsimile: 443-470-1036
E-mail: prouhana@srlegalgroup.com
*Counsel for Plaintiff*